ACCEPTED
03-15-00019-CV
5800790
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/24/2015 10:38:42 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00019-CV

In The Court Of Appeals For The Third Judicial District,
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/24/2015 10:38:42 AM
JEFFREY D. KYLE
Clerk

Jeff Kaiser, P.C. and
Jeffery Benedict Kaiser

*Appellants,*

vs.

The State of Texas,

*Appellee.*

Appeal from the 98th District Court of Travis County, Texas,
No. D-1-GV-13-000790, Honorable John Wisser presiding

**APPELLEE'S UNOPPOSED FIRST MOTION
TO EXTEND TIME TO FILE APPELLEE'S BRIEF**

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections
Division

SEAN M. O'NEILL
Assistant Attorney General
State Bar No. 24070354
sean.oneill@texasattorneygeneral.gov
KEVIN R. SAUER
Assistant Attorney General
State Bar No. 24088355
kevin.sauer@texasattorneygeneral.gov
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2173
(512) 482-8341 (FAX)

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.1, 10.5(b), and 38.6(d), Appellee, the State of Texas, files this Unopposed First Motion to Extend Time to File Appellee's Brief. Appellee requests a 30-day extension of time, until and including July 31, 2015, in which to file its Appellee's Brief, and would show the Court the following:

Introduction

1. Appellants are Jeff Kaiser, P.C. and Jeffery Benedict Kaiser.

2. Appellee is the State of Texas.

3. Appellants' filed their brief on June 1, 2015.

4. Appellee's brief is currently due on **July 1, 2015**.

Reason for Extension

5. Appellee requests additional time due to recent conflicts regarding Counsel for Appellee including multiple discovery deadlines and hearings, including:

  a. *State of Texas v. Homestead Club Ventures, LLC and Patricia Foster Kupritz*, No. D-1-GN-15-000732, 126th Judicial District Court of Travis County, Texas – June 29, 2015 deadline for Plaintiff's Response to Defendants' Request for Admissions and Interrogatories;

b. *State of Texas et al. v. Southlake Aviation, LLC and David Disiere*, No. D-1-GN-14-004231, 98th Judicial District Court of Travis County, Texas – Hearing on Motion to Compel set for June 30, 2015;

c. *James Michael Weaver v. State of Texas*, No. D-1-GV-13-000563, 201st Judicial District Court of Tarrant County, Texas, – Hearing on Motion for Summary Judgment set for July 1, 2015;

d. *State of Texas and the City of Arlington, Texas v. Mohammed Khelif a/k/a Muhammad Subhi Khelif*, No. D-1-GV-14-000110, 250th Judicial District Court of Tarrant County, Texas, – Hearing on Motion for Summary Judgment set for July 1, 2015;

e. *State of Texas et al. v. Nicolasa I. Zuniga a/k/a Nicolasa Ibarra Zuniga*, No. D-1-GN-14-003238, 53rd Judicial District Court of Tarrant County, Texas, – Hearing on Motion for Summary Judgment set for July 2, 2015; and

f. *State of Texas et al. v. Jacob K. Maxwell*, No. D-1-GN-14-004282, 126th Judicial District Court of Tarrant County, Texas, – Hearing on Motion for Summary Judgment set for July 2, 2015.

6. Counsel for Appellee therefore requests a 30-day extension of time to file its response brief, making the brief due on **July 31, 2015**.

7.       This is the first request for extension of time to file Appellee's brief.    No prior extension has been granted to extend the time to file Appellee's brief.   This Motion is filed not for delay, but so that justice may be done in the disposition of this proceeding.

8.       Appellants do not oppose this Motion.

Prayer

For the reasons set forth above, Appellee requests that this Court grant this Unopposed First Motion to Extend Time to File Appellee's Brief and extend the deadline for filing the Appellee's Brief up to and including July 31, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General
For Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division


/s/ Sean M. O'Neill
SEAN M. O'NEILL
sean.o'neill@texasattorneygeneral.gov
Assistant Attorney General
State Bar No. 24070354
KEVIN R. SAUER
Assistant Attorney General
State Bar No. 24088355
kevin.sauer@texasattorneygeneral.gov
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel:   (512) 463-2173
Fax:   (512) 482-8341

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(a)(5), I certify that the undersigned conferred with opposing counsel who indicated that his client does not oppose this motion.

/s/ Sean M. O'Neill
SEAN M. O'NEILL

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing *Appellee's Motion to Extend Time to File the Brief* was sent via e-service and via confirmed facsimile transmission on the 24th day of June, 2015, to:

George F. May
TWOMEY | MAY, PLLC
2 Riverway, 15th Floor
Houston, Texas 77056
(713) 659-0000 Telephone
(832) 201-8485 Facsimile
george@twomeymay.com

ATTORNEY FOR APPELLANTS, JEFF KAISER, P.C. AND
JEFFERY BENEDICT KAISER

/s/ Sean M. O'Neill
SEAN M. O'NEILL